Matter of Jensen v Commissioner of Labor (2025 NY Slip Op 06962)

Matter of Jensen (Commissioner of Labor)

2025 NY Slip Op 06962

Decided on December 16, 2025

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 16, 2025

No. 128 SSM 3

[*1]In the Matter of the Claim of David Jensen, Appellant.
Commissioner of Labor, Respondent.

Submitted by Ciara M. Farrell, for appellant.
Submitted by Sean P. Mix, for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed, with costs.
The record contains substantial evidence to support the determination of the Unemployment Insurance Appeal Board (cf. Matter of Goodman [Barnard Coll.—Commissioner of Labor] , 95 NY2d 15, 22-23 [2000]).
On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided December 16, 2025